UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

ARIEL ADUE,  CASE NUMBER: 8:09-bk-29849 KRM
VERONICA ADUE,

    Debtors.
_____/

## CHAPTER 13 PLAN

**You should read this Chapter 13 Plan (this "Plan") carefully and discuss it with your attorney. Confirmation of this Plan, as modified by the Bankruptcy Court, may modify your rights by providing for payment of less than the full amount of your claim, by setting the value of the collateral securing your claim, and/or by setting the interest rate on your claim. Payments distributed by the Chapter 13 Trustee (the "Trustee"), as herein provided or as modified by the Court, are subject to the availability of funds.**

1.     **PAYMENTS AND TERM**: The projected disposable income of ARIEL ADUE and VERONICA ADUE ("**Debtors**") is submitted to the supervision and control of the Trustee. Debtors will pay the Trustee by money order or cashier's check following the filing of this Plan the sum of **$2,068.32** for **60** months. Each pre-confirmation payment under this Plan will include all adequate protection payments made pursuant to §1326(a)(1)(C).

2.     **CLAIMS GENERALLY**: The amounts listed for claims in this Plan are based upon Debtors' best estimate and belief. The Trustee will make payment only to creditors that have filed an allowed proof of claim. An allowed proof of claim will be controlling, unless the Court orders otherwise. Objections to claims may be filed before or after confirmation, according to the limitations set forth in the Court's Order Establishing Duties.

3.     **TRUSTEE FEES**: The Trustee will receive a fee for each disbursement, the percentage of which is fixed periodically by the United States Trustee.

4.     **FEES FOR DEBTORS' ATTORNEY**:

| Total Fees | Fees Paid | Amount Paid Through Plan |
|---|---|---|
| $3,600.00 | $1,301.00 | $2,299.00 |

The attorney fees to be paid under this Plan shall be paid in the amount of **$245.00** per month until paid in full.

5. **PRIORITY CLAIMS**: Debtors do not owe any priority debt and Debtors anticipate that no priority claims will be filed.

6. **SECURED CLAIMS**: Debtors propose the following treatment for the following anticipated secured claims:

    a. **Reaffirmation, Retention and Cure**: Debtors will retain the following collateral and reaffirm the following claims secured thereby. Accordingly, Debtors will pay the regular monthly contractual payments through this Plan as part of the monthly payment to the Trustee. The regular monthly payments, which may be adjusted pursuant to the loan documents, will become due beginning the first contractual due date after the filing of the Voluntary Petition initiating this case and continuing each month thereafter. Not later than thirty (30) days after the date of the filing of the Voluntary Petition initiating this case, from the funds Debtors pay the Trustee, the Trustee will pay the following adequate protection payments to creditors pursuant to 11 U.S.C. §1326(a)(1)(C). Until confirmation of this Plan, the following secured creditors will have an administrative lien on the funds Debtors pay the Trustee, subject to objection. Additionally, the Trustee will pay the allowed pre-petition arrearage component, if any, of the following claims which will be cured over the term of this Plan.

| Collateral | Creditor | Total Est Claim[1] | Ad Pro Payment | Arrears |
|---|---|---|---|---|
| 655 Anclote Drive, Tarpon Springs, Florida 34689 | Carrington Mortgage Services, LLC | N/A | 1,523.78 | 3,047.56 |

    b. **11 USC §506 Valuation**:

        i. **Personal Property**: There are no claims secured by personal property for which Debtors will file a motion to determine secured status pursuant to 11 U.S.C. §506.

        ii. **Real Property**: Pursuant to 11 U.S.C. 506, Debtors will file a motion to determine secured status and to void lien seeking avoidance of the following mortgage claim. If the Court grants such motion, no adequate protection will be paid in connection with such claim.

---

[1]The total estimated claim is indicated only if the entire amount will be paid through this Plan. Specifically, the amount is indicated only where the contractual term is scheduled to expire before the conclusion of this Plan or where this Plan provides for valuation of the collateral and payment of the entire secured portion of the claim pursuant to 11 U.S.C. §506.

| Collateral | Creditor |
|---|---|
| 655 Anclote Drive, Tarpon Springs, Florida 34689 | SunTrust Bank |

  c. **Surrender of Collateral**: There are no claims secured by collateral that Debtors will surrender.

  d. **Motions to Pay Secured Creditors Directly**: There are no claims for which Debtors will seek leave of Court to pay directly and outside this Plan.

7. **LEASES AND EXECUTORY CONTRACTS**: Debtors are not party to any leases or executory contracts.

8. **GENERAL UNSECURED CREDITORS**: Non-priority unsecured creditors with allowed claims will receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or otherwise will be paid pursuant to the provisions of a subsequent Order Confirming Plan. Debtors estimate unsecured claims totaling **$50,894.99**. Debtors estimate a **29.31%** dividend to unsecured creditors. To the extent these estimates suggest a different monthly payment proposed under this Plan, the proposed monthly payment set forth in section 1 of this Plan shall control.

9. **OTHER PROVISIONS**:

  a. Whether or not dealt with under this Plan, secured creditors will retain the liens securing such claims until such claims are satisfied.

  b. Payments made to any creditor will be based upon the amount allowed in a proof of claim filed by the creditor or other amount as may be allowed by a specific order of the Court.

  c. Property of the estate will not vest in Debtors until the earlier of Debtors' discharge or dismissal of this case, unless the Court orders otherwise.

  d. Except as provided in this Plan or in the Order Confirming Plan, no attorney fees, interest or late fees will be paid to any creditor.

## CHAPTER 13 PLAN SUMMARY:

| Creditor | Plan Amount |
|---|---:|
| Attorney for Debtors | 2,299.00 |
| Priority Creditors | 0.00 |
| Secured Creditors: Adequate Protection | 91,426.80 |
| Secured Creditors: Arrears | 3,047.56 |
| Non-Priority Unsecured Creditors | 14,916.00 |
| SUBTOTAL | 111,689.36 |
| Trustee Fee at 10.0% | 12,409.93 |
| **Total** | **$124,099.29** |

| | |
|---|---:|
| Estimated General Unsecured Claims | $50,894.99 |
| Distribution to Unsecured Creditors | 29.31% |

| Monthly | Months | Total |
|---:|---:|---:|
| $2,068.32 | 60 | $124,099.29 |

_____
ARIEL ADUE

_____
VERONICA ADUE

Dated: January 8, 2010

_____
Timothy B. Perenich, Esquire
Florida Bar Number: 0909490
**PERENICH & PERENICH, PL**
28059 US Highway 19 North
Suite 100
Clearwater, FL 33761
(727) 669-2828 telephone
(727) 669-2220 facsimile
Timothy@PerenichLaw.com
Attorney for Debtors