**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                          CHAPTER 13

Ariel Adue                                            Case No. 8-09-bk-29849-KRM
Veronica Adue

_____/

**CHAPTER 13 TRUSTEE'S FAVORABLE**
**RECOMMENDATION FOR CONFIRMATION**

TO:  Clerk, United States Bankruptcy Court

Trustee's Recommendation to the Court.  The Trustee recommends that confirmation of the Chapter 13 Plan be CONFIRMED for the following reasons:

The Plan is well-conceived and self-explanatory.  Assuming that the Debtor's estimates as to claims are substantially accurate, the Trustee is of the opinion that the Plan meets the requirements for confirmation.

Dated February 17, 2010.

/s/ TERRY E. SMITH_____
Terry E. Smith
Chapter 13 Standing Trustee
Post Office Box 6099
Sun City Center, Florida 33571-6099
Phone:  (813) 658-1165
FAX:     (813) 658-1166

Copies:
Ariel Adue, Veronica Adue, 655 Anclote Dr., , Tarpon Springs, FL  34689
Perenich & Perenich, PL, Suite 100, 28059 US Highway 19 N., Clearwater, FL  33761-
TES/tf