**[8ogmrh]** [ORDER GRANTING MOTION FOR REHEARING OR RECONSIDERATION]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


In re:                                                    Case No. 8:09–bk–29849–KRM
                                                          Chapter 13


Ariel Adue
655 Anclote Dr
Tarpon Springs, FL 34689–2174


Veronica Adue
655 Anclote Dr
Tarpon Springs, FL 34689–2174


_____Debtor*_____/

ORDER ON MOTION FOR REHEARING OR RECONSIDERATION

   THIS CASE came on for consideration upon the Motion for Rehearing or Reconsideration (Doc. # 27 ) filed by Debtor(s) , regarding this Court's Order titled Order Granting Motion For Relief From Stay by Carrington Mortgage Services LLC , entered on 4/19/2010 . The Court having considered the motion, together with the record, finds that the movant, together with all interested parties, should be allowed to argue the merits of the motion. Accordingly, it is

   **ORDERED**:

   1. That the oral argument on the merits of the Motion for Rehearing or Reconsideration filed by Debtor(s) is hereby scheduled for hearing on May 12, 2010 at 2:00 pm in Tampa, FL – Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue .


   Appropriate Courtroom Attire. You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice as an additional security measure a photo ID is required for entry into the Courthouse.

**DONE** and **ORDERED** in Chambers at Tampa, Florida on April 23, 2010 .

_____
K. Rodney May
United States Bankruptcy Judge

* All references to "Debtor shall include and refer to both of the debtors in a case filed jointly by two individuals.

# CERTIFICATE OF NOTICE

```
District/off: 113A-8        User: millss        Page 1 of 1        Date Rcvd: Apr 23, 2010
Case: 09-29849             Form ID: 8ogmrh     Total Noticed: 3

The following entities were noticed by first class mail on Apr 25, 2010.
db/jdb         Ariel Adue,   Veronica Adue,   655 Anclote Dr,   Tarpon Springs, FL  34689-2174
cr            +Carrington Mortgage Services LLC,   c/o Lawrence M. Weisberg, Esquire,
               Greenfield & Coomber, P.A.,   7000 Palmetto Park Road,   Suite #402,   Boca Raton, FL 33433-3425
cr             Pinellas County Tax Collector(TW),   P O Box 10834,   Clearwater, FL  33757-8834

The following entities were noticed by electronic transmission.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2010**                    **Signature:**    _Joseph Speetjens_