UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

    ARIEL ADUE,                CASE NUMBER: 8:09-bk-29849-KRM
    VERONICA ADUE,

        Debtors.

_____/

## ORDER GRANTING DEBTORS' MOTION FOR RECONSIDERATION

THIS CASE came on for hearing on May 12, 2010 on Debtors' Motion for Reconsideration of Order Granting Motion for Relief of Stay (the **"Motion"**) filed by ARIEL ADUE and VERONICA ADUE (**"Debtors"**) seeking reconsideration of the Order Granting Motion For Relief From Stay by Carrington Mortgage Services, LLC (the **"Order"**) entered on April 19, 2010 (Document Number 25).  Counsel for Debtors having represented to the Court that the Motion is unopposed and counsel for CARRINGTON MORTGAGE SERVICES, LLC having not appeared at the hearing, it is:

    **ORDERED** and **ADJUDGED**:

    1.    The Motion is hereby GRANTED.

    2.    The Order (Document Number 25) is hereby VACATED.

    **DONE** and **ORDERED** at Tampa, Florida, on __ May 28, 2010 _____,

2010.

_____
The Honorable K. Rodney May
United States Bankruptcy Judge

Copies furnished <u>to</u>:

Terry E. Smith
P.O. Box 6099
Sun City Center, FL 33571

United States Trustee
501 East Polk Street
Suite 1200
Tampa, FL  33602

Ariel and Veronica Adue
655 Anclote Drive
Tarpon Springs, FL 34689

Lawrence M. Weisberg, Esquire
Greenfield & Coomber, P.A.
7000 West Palmetto Park Road
Suite 402
Boca Raton, FL 33433
Attorney for Creditor

Timothy B. Perenich, Esquire
PERENICH The Law Firm
28059 US Highway 19 North
Suite 100
Clearwater, FL 33761