**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE: CHAPTER 13

ARIEL ADUE and
VERONICA ADUE, CASE NUMBER 8:09-bk-29849-KRM

_____/

**ORDER CONTINUING AND RESCHEDULING CONFIRMATION**
**HEARING AND HEARING ON OBJECTIONS TO CONFIRMATION**

THIS CAUSE came on for a duly-scheduled Confirmation Hearing on June 2, 2010 and it appearing that more time was required to consider confirmation, and the Court having heard argument of counsel and being otherwise duly advised in the circumstances, it is

ORDERED AND ADJUDGED as follows:

1. The Confirmation Hearing and Hearing on Objections to Confirmation is hereby rescheduled to July 14, 2010, at 9:30 a.m., before the Honorable K. Rodney May, United States Bankruptcy Judge, at Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Courtroom 9B, Tampa, Florida.

2. The Debtors shall file a Motion to Value/Strip second mortgage within fifteen (15) days from the date of this Order, serving a copy of the same upon the Chapter 13 Trustee**,** or this case may be dismissed at the continued confirmation hearing.

3.  The Debtors shall provide the Chapter 13 Trustee with indication as to how the property taxes are being paid, within fifteen (15) days from the date of this Order, or this case may be dismissed at the continued confirmation hearing.

DONE AND ORDERED at Tampa, Florida on  June 08, 2010  .

_____
K. RODNEY MAY
UNITED STATES BANKRUPTCY JUDGE

Copies to:
Ariel and Veronica Adue
Perenich & Perenich, PL
Terry E. Smith, Chapter 13 Trustee
Pinellas County Tax Collector
Internal Revenue Service, Attn: Insolvency Stop 5720, 400 W. Bay Street, Suite 35045, Jacksonville, FL  32202
Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 21126, Philadelphia, PA 19114-0326
United States Attorney, Attn:  Civil Process Clerk, 400 N. Tampa Street, Ste. 3200, Tampa, FL 33602
Calendar Clerk
TES/rg                                                                                                  C13T   06/07/10